UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 12 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| ROBERT 'SOLIDER' HEARD, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:18-cv-00625(UNA) |
| DEPARTMENT OF JUSTICE, *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of Plaintiffs' *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* applications and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B), which allows for dismissal of a plaintiff's complaint which fails to state a claim upon which relief can be granted or is frivolous or malicious.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and a "complaint plainly abusive of the judicial process is properly typed malicious," *Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981).

Plaintiff's brings suit against the Department of Justice, and unnamed "Investigator of City and County" and unnamed "Law Enforcement Agencies Across America." Plaintiff seemingly alleges that "cyber technologies," "hypnotics," "voo doo, spells, [and] witchcraft"

have been and are currently being used by certain demographic groups against other demographic groups. Plaintiff is suing the Department and Justice and other unidentified law enforcement agencies and personnel for their alleged lack of investigation of the aforementioned brainwashing techniques.

A court may dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi*, 655 F.2d at 1307-08. In addition to failing sorely to state a claim for relief, the instant complaint is deemed frivolous on its face. Consequently, the complaint and this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: 4/11/18

_____
United States District Judge